UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS WESOLOWSKI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Cause No. 1:18-cv-00975- |
| CHANDRU SUNDARAM, M.D. and UNITED STATES OF AMERICA,[1] | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF REMOVAL

TO:   The Honorable Judge of the United States District Court for the Southern District of Indiana

The United States of America, on behalf of defendant, Benjamin Carpenter, M.D., respectfully notifies the Court and the parties that the above-captioned case now pending in Marion County Superior Court, Cause No. 49D02-1803-PL-009379, is removed therefrom to this Court under the provisions of 28 U.S.C. § 2679.  In support of this notice of removal, the United States states:

1. Dr. Carpenter was named as a defendant in the above-captioned civil action, which is pending in Marion County Superior Court.  Copies of all process, pleadings, and orders served upon Dr. Carpenter in that action are attached to this Notice of Removal as Exhibit 1.

2. The Complaint seeks money damages for allegations sounding in tort concerning a medical procedure in which Dr. Carpenter participated at the Richard L. Roudebush VA Medical Center.

---

[1] The United States is substituted as a matter of law for both Drs. Carpenter and Hackney pursuant to 28 U.S.C. § 2679(d)(1) upon the certification of scope of employment by the Attorney General.  (*See* Exhibit 2, Certification of Scope of Employment.)

3. Dr. Carpenter was an employee of the Department of Veterans Affairs acting within the scope of his employment at the time the matters alleged in the Complaint occurred. Because Dr. Carpenter was acting within the scope of employment at the time of the incident out of which Wesolowski's claim arose, this claim is a claim against the United States. (*See* Exhibit 2, Certification of Scope of Employment.) The United States is substituted as a matter of law pursuant to 28 U.S.C. § 2679(d)(1), which provides:

> Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a United States district court shall be deemed an action against the United States under the provisions of this title and all references thereto, and the United States shall be substituted as the party defendant.

4. The United States first received notice of this action on March 9, 2018.

5. This action is removable to this Court pursuant to 28 U.S.C. § 2679(d)(2), which provides in pertinent part that:

> Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a State court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States for the district and division embracing the place in which the action or proceeding is pending . . . .

6. No removal bond is required under 28 U.S.C. § 2679(d)(2).

WHEREFORE, the defendant respectfully removes this action to United States District Court.

                                                Respectfully submitted,

                                                JOSH J. MINKLER
                                                United States Attorney

                                  By:   s/ *Rachana N. Fischer*
                                                Rachana N. Fischer
                                                Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2018, a copy of the foregoing was filed electronically. Notice of this filing will also be sent by first class U.S. Mail, postage prepaid and properly addressed, to the following:

    Michael L. Einterz, Esq.
    Zachary J. Eichel, Esq.
    Einterz & Einterz
    4600 Northwest Plaza West Drive
    Zionsville, IN 46077

    Mary M. Ruth Feldhake
    Philip R. Zimmerly
    Bose McKinney & Evans LLP
    111 Monument Circle, Suite 2700
    Indianapolis, IN 46204

                                                  s/ *Rachana N. Fischer*
                                                  Rachana N. Fischer

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN  46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-5027
E-mail: Rachana.Fischer@usdoj.gov